IN THE UNIDED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| GREAT REVIVALIST REAL ESTATE HOLDINGS, LLC and GREAT REVIVALIST BREWING COMPANY, LLC, by CITIZENS FIRST BANK,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY aka AUTO OWNERS MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE No.<br><br>Clinton Law No. LACV051253<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION AND RULE 81 STATEMENT** |

**COMES NOW** the Defendant, Auto-Owners Insurance Company, by and through undersigned counsel, and pursuant to 28 U.S.C. §§1332, 1441, and 1446, and hereby gives notice of the removal of this cause of action from the Iowa District Court for Clinton County to the United States District Court for the Southern District of Iowa, and in support thereof states the following:

1.　　Plaintiffs filed their Petition in Clinton County on or about January 15.  Plaintiffs filed their First Amended Petition at Law and Jury Demand and Original Notice in the Iowa District Court for Clinton County on or about January 21, 2026.  Plaintiffs filed their Original Notice on January 22, 2026.   Plaintiffs filed an Acceptance of Service on January 23, 2026 evidencing service of the Original Notice, Petition, et al on Defendant.  Copies of these documents are attached as Exhibits A, B,C and D respectively.

2.　　This cause of action may be removed from the Iowa District Court for Clinton County to the United States District Court for the Southern District of Iowa, pursuant to 28 U.S.C. §§ 1332 and 1441 as a matter in controversy is pled so as to exceed the jurisdictional  amount, the

parties are citizens of different states, and the Defendant is neither a citizen of the State of Iowa nor does it maintain its principal place of business in Iowa.

3. Pursuant to Local Rule 81(a)(4), Defendant states that the Amended Petition filed in state court indicates Plaintiffs seek damages in excess of $880,000.00.

4. Defendant is a foreign corporation with its principal place of business in Lansing, Michigan. As stated in Plaintiffs' First Amended Petition, Plaintiffs are Iowa businesses. *See* First Amended Petition ¶ 1.

5. Pursuant to Local Rule 81(a)(2), Defendant states that the only matter currently pending is the state court matter removed by this Notice.

6. Pursuant to Local Rule 81(a)(3), Defendant states that the attorneys appearing on behalf of the Plaintiffs is James D. Bruhn of Farwell & Bruhn, 343 Fifth Avenue South, Clinton, Iowa. The attorney appearing for Defendant is the attorney listed on the signature line below.

**WHEREFORE**, for the reasons stated herein, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 and removal is proper pursuant to 28 U.S.C. §1441; therefore, Defendant requests this Court accept jurisdiction of this matter.

Lamson, Dugan & Murray, LLP,

By: */s/ Andrew C. Johnson*
Andrew C. Johnson, AT0004012
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Ste. 280
West Des Moines, IA  50266
Phone: (515) 513-50003
Fax: (402) 397-7824
E-Mail: ajohnson@ldmlaw.com
ATTORNEY FOR DEFENDANT

-3-

Copy to:

James D. Bruhn
343 Fifth Avenue South
Clinton, IA 52732
jbruhn@farwellbruhn.com
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on February 19, 2026 by:

☐ U.S. Mail            ☐ E-Mail
☐ Hand Delivered       ☒ Efile
☐ Federal Express      ☐ Other_____

_____/s/ Shannon Gentry_____