E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR CLINTON COUNTY

| | | |
|---|---|---|
| GREAT REVIVALIST REAL ESTATE HOLDINGS, LLC and GREAT REVIVALIST BREWING CO., LLC, by CITIZENS FIRST BANK, Assignee, | : : : : : | Case No. _____ |
| Plaintiff, | : : | |
| v. | : : | |
| AUTO-OWNERS MUTUTAL INSURANCE COMPANY, | : : : | |
| Defendants. | : : | |

**PETITION AT LAW**
**(Jury Demanded)**

Plaintiff, by its undersigned attorneys, for a cause of action states:

**General Allegations**

1.      Plaintiff, Citizens First Bank, an Iowa banking corporation, brings this action as "Assignee" of Great Revivalist Real Estate Holdings, LLC, an Iowa limited liability company, and Great Revivalist Brewing Co., LLC, an Iowa limited liability company pursuant to a written Assignment of insurance claim, a copy of which is attached hereto and marked as Exhibit "1."

2.      Auto-Owners Mutual Insurance Company ("Auto-Owners") is an insurance company authorized to transact business in the State of Iowa.

3.      On or about July 18, 2022, Auto-Owners issued a Tailored Protection Insurance Policy, Policy No. 224607-39243594-22 (the "Policy"), naming Great Revivalist Real Estate Holdings, LLC and Great Revivalist Brewing Co., LLC, as insureds (the "Insureds") and insuring property located at 238 4th Avenue South, Clinton, Iowa and 303 South 3rd Street, Clinton, Iowa (the "Insured Premises").

**EXHIBIT**

**A**

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

4.      Citizens First Bank was named as a Secured Interested Party.

5.      At all times material hereto, the insureds operated a brewery and restaurant at the Insured Premises.

6.      The Policy was issued with a policy term of 12:01 A. M. July 18, 2022 to 12:01 A.M. July 18, 2023.

7.      The Policy included commercial property coverage for property located at the Insured Premises. Attached hereto marked as Exhibit "2" is a true and accurate copy of the Tailored Protection Policy Declarations.

8.      On or about June 10, 2023, a Glycol Chiller leased from JC Younger Co. ceased working and failed to keep brewed beer in tanks cold.

9.      Auto-Owners was immediately notified of the incident by the Insureds, and a written LOSS NOTICE – Claim Number: 300-0371260-2023, dated June 14, 2023 was issued. A true and accurate copy of the LOSS NOTICE is attached hereto marked as Exhibit "3."

10.     After an initial denial of coverage of the claim, Auto-Owners approved the claim.

11.     Auto-Owners acknowledged, admitted, and accepted the claim, and the claim was partially paid in the amount of $50,680.00 for spoilage to goods, and the claim remained open to evaluate the claim for loss of profits.

12.     The Insureds were advised by Barrett Scorpil, Auto-Owners Insurance Agent/Producer, in January 2024 that the claim was very much open and alive but that more time was needed.  Mr. Scorpil stated Auto-Owners has their adjuster, the adjuster's senior manager and the Home office of Auto-Owners involved due to the claim size.

13.     Auto-Owners continued to investigate the claim for months.

14.     The Insured's claim includes damages for lost profits.

E-FILED 2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

15. Auto-Owners engaged forensic accountant, Jessica Schultz to calculate damages for loss of profits. Ms. Schultz worked with the Insured's accountant, Matt Anderson, and they agreed on a damage calculation showing lost profits as of that point in time in excess of $500,000.00.

16. Auto-Owners conducted inspections of the chiller.

17. The claim lingered on throughout 2024 and 2025, and has not yet been finally settled and paid.

18. Auto-Owners reinsured its risk with a third-party insurance provider, known as Mutual Boiler, believed to specialize in equipment breakdown coverage.

19. The Insureds have no contract or agreement with the reinsurance company.

20. Upon information and belief, the amount of the damage claim triggered Auto-Owners' reinsurance coverage with Mutual Boiler and Auto-Owners submitted a claim to Mutual Boiler for reinsurance coverage.

21. After Mutual Boiler was notified by Auto-Owners, the reinsurer sent a person to inspect the chiller. However, when this person arrived, the chiller had been replaced with a new chiller and was no longer present at the brewery.

22. After Auto-Owners submitted the claim to its reinsurer, Auto-Owners refused to pay the claim when Mutual Boiler denied coverage to Auto-Owners, despite the fact Auto-Owners already determined there was coverage under the Policy and made a partial payment on the claim.

## Count I – Breach of Contract

23. Auto-Owners has breached the terms of the Policy by partially paying the claim and failing to timely pay the Insureds for the balance of all covered insured losses.

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

24.    Auto-Owners acknowledged and agreed to pay the claim, but rescinded its decision after the reinsurance claim was submitted and denied.

25.    Failure to timely pay the claim caused damages to the Insured and Assignee.

26.    The Insureds have been damaged in an amount exceeding $880,000.00.

WHEREFORE, Plaintiff prays for personal judgment against Defendant in a sum which is sufficient to fully compensate Plaintiff for all damages incurred, plus interest as allowed by law, and all costs of this action as taxed by the court.

## Count II – Bad Faith

1. – 26. Plaintiff realleges and reavers each allegation of paragraphs 1 through 26 and incorporates each allegation herein as though specifically set forth.

27.    Auto-Owners has no reasonable basis for denying or delaying final payment on the Insured's claim after receiving a report of damages from its forensic accountant.

28.    Auto-Owners knew or should have known that it lacked any basis to deny coverage after acknowledging and admitting coverage, and it knew or should have known that it lacked any reasonable basis to further delay or deny payment of the claim for the damages as calculated by its own forensic accountant.

29.    Auto-Owners has acted in bad faith and with willful and wanton disregard for the rights of the Insureds causing damages.

30.    Plaintiff is entitled to punitive damages.

31.    Plaintiff is entitled to recover attorney's fees as part of its damages for the bad faith denial and delay in the payment of the claim.

4

WHEREFORE, Plaintiff prays for judgment against Defendant in a sum sufficient to fully compensate Plaintiff for all damages incurred, plus punitive damages and reasonable attorney's fees, plus interest and all costs as allowed by law.

FARWELL & BRUHN

/s/ James D. Bruhn
James D. Bruhn, PLC AT0001182
343 Fifth Avenue South
Clinton IA  52732
Phone: (563) 242-6162
Fax:    (563) 242-6165
jbruhn@farwellbruhn.com

ATTORNEYS FOR PLAINTIFF

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

## ASSIGNMENT OF INSURANCE CLAIM

This Assignment ("Assignment") is made by and between Great Revivalist Real Estate Holdings, LLC, Great Revivalist Brewing Company LLC and Robert Richard Schwab, ("Assignors") and Citizens First Bank, ("Assignee").

1.      This Assignment pertains to the pending claim against primary insurer Auto-Owners Insurance Company ("Auto-Owners") for damages to a chiller installed in the insured premises.  The Policy Number is: 224607-39243594-22 effective 07/18/2022 – 07/18/2023; and the Claim No. is: 300-0371260-2023 ("the Claim").

2.      This Assignment is given pursuant to the Settlement and Release Agreement dated September 11, 2025 "(Agreement") entered  into by and between Assignors and Assignee.

3.      Assignors hereby irrevocably assign, transfer, and convey to Assignee any and all of Assignors' right, title and interest in and to the Claim.

4.      Assignors also assign, transfer, and convey to Assignee all of Assignors' rights, title and interest in and to any damages recovered by or on behalf of Assignors for bad faith denial and refusal to timely pay the Claim.

5.      Assignee is authorized to bring a direct action against Auto-Owners to pursue collection and payment of the Claims and to pursue a bad faith claim on behalf of Assignors.

6.      This Assignment is subject to the terms and provisions of the Agreement.

7.      This Assignment is binding and irrevocable.

8.      Assignors hereby appoint Assignee as its attorney-in-fact to take all action necessary to pursue the Claim and bad faith claim against Auto-Owners, and to collect on the Claim and to endorse any checks or drafts representing the insurance proceeds or payment of any



PLAINTIFF'S
EXHIBIT

1

PENGAD 800-631-6989

judgments entered against insurers including any judgment for bad faith denial and refusal to timely pay the Claim.

9.      To this extent allowed by law, Assignors irrevocably assign, transfer, and convey to Assignee any and all of Assignors' right, title and interest in and to the Claim and bad faith claim which may exist against Auto-Owners reinsurer, Mutual Boiler.

**Great Revivalist Real Estate Holdings, LLC**

By: Robert Richard Schwab, Member-Manager

Date: 9 - 15 - 2025

Robert Richard Schwab, Guarantor

Date: 9 - 15 - 2025

**Great Revivalist Brewing Company, LLC**

By: Robert Richard Schwab, Member-Manager

Date: 9 - 15 - 2025

Robert Richard Schwab, Guarantor

Date: 9 - 15 - 2025

## ACCEPTANCE OF THE ASSIGNMENT

Assignee, Citizens First Bank, accepts the foregoing Assignment.

Date: 9|15|2025

CITIZENS FIRST BANK

By:

Stephen Clements, President

2

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

# *Auto-Owners*

**Page    1**

Issued     07-28-2022

MUTUAL INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

| | |
|---|---|
| AGENCY   NELSON BROTHERS AGENCY INC<br>07-0634-00        MKT TERR 032        563-323-9233 | New Business Effective     07-18-2022 |
| | **POLICY NUMBER        224607-39243594-22** |
| INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN<br>SEE FORM 59270 | Company Use                  39-46-IL-2207 |

ADDRESS   4215 44TH ST

ROCK ISLAND  IL  61201-7132

| Company<br>Bill | Policy Term | |
|---|---|---|
| | 12:01 a.m.<br>07-18-2022 | 12:01 a.m.<br>07-18-2023 |

to

55039 (11-87)

## COMMON POLICY INFORMATION

**Business Description:**    Brewery And Restaura

**Entity:**    Limited Liab Corp

**Program:**    Special

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | ▬▬▬▬ |
| MINIMUM PROPERTY PLUS PREMIUM ADJUSTMENT (CP) | ▬▬▬ |
| MINIMUM EQUIPMENT BREAKDOWN PREMIUM ADJUSTMENT (CP) | ▬▬▬ |
| COMMERCIAL GENERAL LIABILITY COVERAGE | ▬▬▬ |
| MINIMUM PREMIUM ADJUSTMENT (GL) | ▬▬▬ |
| COMMERCIAL INLAND MARINE COVERAGE | ▬▬▬▬ |
| **TOTAL** | ▬▬▬ |
| **PAID IN FULL DISCOUNT** | ▬▬▬ |
| **TOTAL POLICY PREMIUM IF PAID IN FULL** | ▬▬▬ |

**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**
The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85)       55001  (07-12)       59390  (11-20)

A 09% Cumulative Multi-Policy Discount applies.  Supporting policies are marked with an (X):
Comm Umb(X)  Comm Auto(X)  WC(X)  Life( )  Personal( )  Farm( ).

A merit rating plan factor of 1.00 applies.

Countersigned By:  COMPANY ISSUED



E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

Page   2

Auto-Owners Ins. Co.                                                                     Issued      07-28-2022

AGENCY  NELSON BROTHERS AGENCY INC              Company    **POLICY NUMBER  224607-39243594-22**
        07-0634-00          MKT TERR 032        Bill                          39-46-IL-2207

INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN                   Term   07-18-2022  to  07-18-2023

---

54104 (07-87)

## COMMERCIAL PROPERTY COVERAGE

55198 (12-10)

## PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATION

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is designated in the Commercial Property Coverage Declarations.  No deductible applies to the below Property Plus Coverages.

| COVERAGE | LIMIT |
|---|---|
| ACCOUNTS RECEIVABLE | $200,000 |
| BAILEES | $15,000 |
|  | $10,000 PER ITEM |
| BUSINESS INCOME & EXTRA EXPENSE W/RENTAL | $150,000 |
|   VALUE, INCLUDING NEWLY ACQUIRED LOC'S | |
|     0 HOUR WAITING PERIOD | |
| DEBRIS REMOVAL | $100,000 |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $100,000 |
| EMPLOYEE DISHONESTY | $50,000 |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $50,000 |
|  | $10,000 PER ITEM |
| FIRE DEPARTMENT SERVICE CHARGE | $25,000 |
| FORGERY AND ALTERATION | $50,000 |
| MONEY AND SECURITIES INSIDE PREMISES | $50,000 |
| MONEY AND SECURITIES OUTSIDE PREMISES | $50,000 |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS |
| ORDINANCE OR LAW | SEE COMMERCIAL PROPERTY DECLARATIONS |
| OUTDOOR PROPERTY | $25,000 |
|   TREES, SHRUBS OR PLANTS | $1,000 PER ITEM |
| RADIO OR TELEVISION ANTENNAS | $20,000 |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $50,000 |
| POLLUTANT CLEAN UP AND REMOVAL | $100,000 |
| PROPERTY IN TRANSIT | $100,000 |
| PROPERTY OFF PREMISES | $100,000 |
| REFRIGERATED PRODUCTS | $25,000 |
| SALESPERSON'S SAMPLES | $25,000 |

Page  3

Auto-Owners Ins. Co.                                                                    Issued      07-28-2022

AGENCY   NELSON BROTHERS AGENCY INC          Company   **POLICY NUMBER  224607-39243594-22**
         07-0634-00          MKT TERR 032     Bill                       39-46-IL-2207

INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN              Term  07-18-2022  to  07-18-2023

55198 (12-10)

## PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATION

| COVERAGE | LIMIT |
|---|---|
| UTILITY SERVICES FAILURE | $150,000 |
| VALUABLE PAPERS AND RECORDS ON PREMISES | $150,000 |
| VALUABLE PAPERS AND RECORDS OFF PREMISES | $25,000 |
| WATER BACK-UP FROM SEWERS OR DRAINS | $50,000 |

Forms that apply to this coverage part:

| | | | | |
|---|---|---|---|---|
| 64004  (12-10) | 54198  (12-10) | 54334  (12-10) | 64020  (12-10) | 54189  (12-10) |
| 54186  (12-10) | 54218  (03-13) | 54217  (07-17) | 54216  (03-13) | 54214  (03-13) |
| 54221  (12-10) | 54220  (06-00) | 54219  (12-10) | 54338  (03-13) | 54339  (03-13) |
| 64010  (12-10) | 54754  (12-00) | 64000  (12-10) | | |

**Coverages Provided**

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

## LOCATION 0002 - BUILDING 0001

**Location:**  303 S 3Rd St # 307, Clinton, IA 52732-4319

**Occupied As:** Warehouse

**Secured Interested Parties:**  See Attached Schedule

**Rating Information**

Territory: 230                              County: Clinton
Program: Special                           Construction: Frame
Protection Class: 02                       Class Code: 1212
Class Rate - Building:  0.247

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $427,803 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $2,500 | | 0.176 | ▬▬▬ |
| Basic Group II | 80% | $2,500 | | 0.144 | ▬▬▬ |
| Special | 80% | $2,500 | | 0.049 | ▬▬▬ |
| Theft | 80% | $2,500 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.191 | | | | | |
| Replacement Cost | | | | | |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | ▬▬▬ |
| Tier:  Premier | | | | | |
| Equipment Breakdown | | $2,500 | See Form 54843 | | ▬▬▬ |

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

Page   4

Auto-Owners Ins. Co.                                                                        Issued     07-28-2022

AGENCY   NELSON BROTHERS AGENCY INC                    Company   **POLICY NUMBER   224607-39243594-22**
         07-0634-00          MKT TERR 032              Bill                       39-46-IL-2207

INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN                     Term   07-18-2022  to  07-18-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| ORDINANCE OR LAW | | | | | |
|   Coverage A-Undamaged Portion | | $2,500 | Incl in Bldg Limit | | Included |
|   Coverage B-Demolition | | $2,500 | $160,000 | | Included |
|   Coverage C-Increased Cost | | $2,500 | $160,000 | | Included |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 59350 | (01-15) | 54833 | (07-08) | IL0276 | (06-89) | IL0003 | (07-02) | IL0022 | (05-87) |
| CP0197 | (11-05) | CP0151 | (02-03) | 64224 | (01-16) | 59325 | (12-19) | 64326 | (07-19) |
| CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) | 64010 | (12-10) | 54843 | (07-19) |
| 64020 | (12-10) | 64004 | (12-10) | 54754 | (12-00) | 59390 | (11-20) | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0002 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 54833, 59390 | ▆▆▆ |
| LOCATION 0002 | ▆▆▆ |

**Secured Interested Parties and/or Additional Interested Parties**

Applies to Loc/Bldg(s):

0002/001
CITIZENS FIRST BANK
1442 Lincoln Way
Clinton, IA  52732-7043
Interest:  Mortgagee

55040 (11-87)

## COMMERCIAL GENERAL LIABILITY COVERAGE

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | $2,000,000 |
|   (Other Than Products-Completed Operations) | |
| Products-Completed Operations Aggregate | $2,000,000 |
| Personal And Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| **COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT** | |
| Damage to Premises Rented to You | $300,000  Any One Premises |
|   (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | $10,000  Any One Person |
| Hired Auto & Non-Owned Auto | $1,000,000  Each Occurrence |
| Expanded Coverage Details See Form: | |
|   Extended Watercraft | |
|   Personal Injury Extension | |
|   Broadened Supplementary Payments | |
|   Broadened Knowledge Of Occurrence | |

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

Page   5

Auto-Owners Ins. Co.                                                                          Issued      07-28-2022

AGENCY  NELSON BROTHERS AGENCY INC                    Company   **POLICY NUMBER   224607-39243594-22**
07-0634-00            MKT TERR 032                    Bill                              39-46-IL-2207

INSURED  GREAT REVIVALIST REAL ESTATE HOLDIN                    Term  07-18-2022  to  07-18-2023

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55885.

**AUDIT TYPE:** Non-Audited

Forms that apply to this coverage:

| | | | | |
|---|---|---|---|---|
| 59350  (01-15) | 55405  (07-08) | 55146  (06-04) | CG2106  (05-14) | CG2109  (06-15) |
| 55091  (05-17) | CG2294  (10-01) | CG2167  (12-04) | IL0021  (07-02) | CG2648  (06-08) |
| 59325  (12-19) | CG0001  (04-13) | IL0276  (06-89) | IL0017  (11-85) | 55537  (05-17) |
| 55513  (05-17) | 55029  (05-17) | CG2132  (05-09) | CG2147  (12-07) | 55885  (05-17) |
| 59390  (11-20) | | | | |

## LOCATION 0001 - BUILDING 0001

**Location:**  238 4Th Ave S, Clinton, IA 52732-4311

**Territory:**  002                                                    **County:**  Clinton

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | Prem/Op Prem Included | Included | Included |
| Real Estate Development Property | 47051 | Prem/Op Prod/Comp Op | Acres 1 1 | Each  1 ▓▓▓ | ▓▓▓ ▓▓▓ |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | INCLUDED |
| LOCATION 0001 | ▓▓▓ |

## LOCATION 0002 - BUILDING 0001

**Location:**  303 S 3Rd St # 307, Clinton, IA 52732-4319

**Territory:**  002                                                    **County:**  Clinton

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Warehouses-Private (For-Profit) | 68706 | Prem/Op Prod/Comp Op | Area 2,176 2,176 | Each 1000 ▓▓▓ | ▓▓▓ ▓▓▓ |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0002 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | INCLUDED |
| LOCATION 0002 | ▓▓▓ |

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

Page   6

Auto-Owners Ins. Co.                                                                            Issued      07-28-2022

AGENCY   NELSON BROTHERS AGENCY INC                    Company    **POLICY NUMBER**   **224607-39243594-22**
         07-0634-00          MKT TERR 032              Bill                                    39-46-IL-2207

INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN                               Term   07-18-2022  to   07-18-2023

16198 (07-87)

## COMMERCIAL INLAND MARINE COVERAGE

16436 (12-06)

## STANDARD CONTRACTORS INLAND MARINE PLUS COVERAGE PACKAGE

The coverages indicated below apply anywhere in the coverage territory.  The limit for each coverage is the maximum amount available regardless of the number of locations.

| COVERAGE | LIMIT | DEDUCTIBLE |
|---|---:|---:|
| ACCOUNTS RECEIVABLE | $100,000 | $500 |
| BUILDING MATERIALS | $10,000 | $500 |
| AND INSTALLATION PROPERTY | | |
| CONTRACTORS EQUIPMENT AND TOOLS | $10,000 WITH A $2,500 | $500 |
| | MAXIMUM LIMIT PER TOOL | |
| CONTRACTORS EQUIPMENT | $2,500 PER DAY / | $500 |
| LOSS OF EARNINGS | $100,000 EACH LOSS | |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $5,000 WITH A $2,500 | $500 |
| | MAXIMUM LIMIT PER | |
| | LAPTOP COMPUTER | |
| RENTAL REIMBURSEMENT AND EXTRA EXPENSE | $500 PER DAY/$2,500 MAXIMUM | $500 |
| FOR CONTRACTORS EQUIPMENT | | |
| VALUABLE PAPERS AND RECORDS - ON PREMISES | $50,000 | $500 |
| VALUABLE PAPERS AND RECORDS - OFF PREMISES | $10,000 | $500 |

Forms that apply to this coverage package:
```
16431   (12-06)     16432   (08-17)     16434   (12-06)     16435   (07-11)     16636   (08-17)
16637   (08-17)     16638   (08-17)
```

**COVERAGES PROVIDED**

Insurance applies to covered property for which a limit of insurance is shown.

Forms that apply to Inland Marine:
```
59350   (01-15)     16381   (07-08)     16080   (07-13)     59325   (12-19)     16859   (07-19)
16431   (12-06)     16432   (08-17)     16434   (12-06)     16435   (07-11)     16636   (08-17)
16637   (08-17)     16638   (08-17)     59390   (11-20)
```

## LOCATION 0001 - BUILDING 0001

**Location:**  238 4Th Ave S, Clinton, IA 52732-4311

Page   7

Auto-Owners Ins. Co.                                                                    Issued    07-28-2022

AGENCY   NELSON BROTHERS AGENCY INC                      Company    **POLICY NUMBER   224607-39243594-22**
         07-0634-00           MKT TERR 032               Bill                          39-46-IL-2207

INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN                        Term   07-18-2022  to  07-18-2023

---

**Rating Information for COMMERCIAL INLAND MARINE**

Territory: 230                                County: Clinton
Program: Special                             Construction: Masonry
Protection Class: 002                         Class Code: 1153
Class Rated                                   Group I:  0.0820
Group II:  0.5740

\* The deductible (DED) which applies to each coverage indicated below is the same as the deductible which applies to each location and sublocation shown on the Commercial Inland Marine Coverage Declarations, unless otherwise indicated.  A single deductible applies per claim.  If more than one item is involved in a claim, the single highest applicable deductible amount is used.

\*\* See Form for details

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| COMMERCIAL INLAND MARINE | | | | | |
| BUILDERS' | | | | | |
| RISK-REHABILITATION/RENOVATION | | | | | |
|    Building Materials - Replacement Cost | 100% | $10,000 | $1,000,000 | ▮ | ▮ |
|    Existing Building Limit - Stated Value | 100% | $10,000 | $3,197,317 | ▮ | ▮ |
|    Catastrophe Limit | 100% | $10,000 | $4,227,317 | | |
| Optional Coverages That Apply: | | | | | |
|    Permission To Occupy effective 11/01/2022 | | | | | |
|    Vacant Building Limitation Waived until | | | | | |
|    11/01/2022 | | | | | |
| Coverage Extensions: | | | | | |
|    Debris Removal | | \* | 25% \*\* | | Included |
|    Additional Debris Removal | | \* | $10,000 | | Included |
|    Limited Fungi Coverage | | \* | $15,000 | | Included |
| Supplemental Coverages: | | | | | |
|    Expediting Expenses | | \* | $10,000 | | Included |
|    Pollutant Cleanup And Removal | | \* | $10,000 | | Included |
|    Temporary Storage Locations | | \* | $10,000 | | Included |
|    Transit | | \* | $10,000 | | Included |
| TOTAL FOR THIS COVERAGE: | | | | | ▮ |

**Rating Information for Standard Contractors Inland Marine Plus Coverage Package**

Territory: 023                                County: Clinton
Program: Special

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| Standard Contractors Inland Marine Plus Coverage Package | | | | | ▮ |
| TOTAL FOR THIS COVERAGE: | | | | | ▮ |

Forms that apply to this location:

| 16691 | (07-14) | 16509 | (07-13) | 16431 | (12-06) | 16432 | (08-17) | 16434 | (12-06) |
| 16435 | (07-11) | 16636 | (08-17) | 16637 | (08-17) | 16638 | (08-17) | | |

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

Page   8

Auto-Owners Ins. Co.                                                                                      Issued      07-28-2022

AGENCY   NELSON BROTHERS AGENCY INC                        Company   **POLICY NUMBER   224607-39243594-22**
         07-0634-00              MKT TERR 032              Bill                         39-46-IL-2207

INSURED   GREAT REVIVALIST REAL ESTATE HOLDIN                       Term   07-18-2022   to   07-18-2023

| COMMERCIAL INLAND MARINE COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 16381, 59390 | ▓▓▓ |
| LOCATION 0001 | ▓▓▓ |

A single deductible applies per claim.  If more than one item is involved in a claim, the single highest applicable deductible amount is used.

| | PREMIUM |
|---|---|
| BUILDERS' RISK SUBTOTAL | ▓▓▓ |
| BUILDERS' RISK BALANCE TO MINIMUM | $0.00 |
| STANDARD CONTRACTORS INLAND MARINE PLUS SUBTOTAL | ▓▓▓ |

**Secured Interested Parties and/or Additional Interested Parties**

**Applies to Builders' Risk-Rehabilitation/Renovation**

Loc/Bldg(s):

0001/001
CITIZENS FIRST BANK
1442 Lincoln Way
Clinton, IA  52732-7043
Interest:  Mortgagee

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT



## *Auto-Owners*
### INSURANCE
LIFE · HOME · CAR · BUSINESS

Claim Number:

## 300-0371260-2023

| LOSS NOTICE | Date (MM/DD/YYYY): **06/14/2023** |
|---|---|

### GENERAL INFORMATION

| Producer:<br>**NELSON BROTHERS AGENCY INC**<br>**940 LINCOLN RD**<br>**BETTENDORF, IA 52722-4139** | Company: **Auto-Owners Insurance Company** |
|---|---|
| | NAIC Code: **18988** |
| Phone: **563-323-9233**   Fax: **563-323-9221** | Policy Number: **39243594** |
| Email: **jweitz@nelsonbrothersagency.com** | Effective Date: **07/18/2022**   Expiration Date: **07/18/2023** |
| Agency Code: **07-0634-00** | Miscellaneous Information: |
| Agency Customer ID: | |
| Claim Branch: **WEST DES MOINES** | |
| Phone: **800-258-5519**   Fax: **515-225-4372** | Date and Time of Loss: **06/10/2023** |
| Reference Number: | CAT Number:          Previously Reported: |

| INSURED | CONTACT |
|---|---|
| Name and Address:<br>**GREAT REVIVALIST REAL ESTATE H**<br>**4215 44TH ST**<br>**ROCK ISLAND, IL 61201-7132** | Name and Address:<br>**Curtis Beason** |
| Phone: **206-612-7300** | Phone: **563-570-1515** |
| Work Phone:          Ext: | Work Phone:          Ext: |
| Email: **richardsddp@gmail.com** | Email: **curtbeason@outlook.com** |

### LOSS

| Location of Loss:<br>**238 4TH AVE S**<br>**CLINTON, IA 52732-4311** | Sublocation:<br>**Bldg: 001** | Report Number: |
|---|---|---|
| | | Authority Contacted: |

Description of Loss:

**Spoilage due to failure of Glycol Chiller leased from JC Younger Company.  Chiller stopped working & failed to keep beer in tanks cold.  Insured reached out to JC Younger Co, River City Heating & Cooling & Voss Brothers Plumbing for repair service.  Lost product due to spoilage is $68,400, 120 barrels.  JC Younger is claiming equipment was damaged during shipping & installation & not their fault.; The business can operate under current damages**

| Kind of Loss:<br>**Other - non-weather** | Probable Amount / Entire Loss: |
|---|---|



PLAINTIFF'S
EXHIBIT
3
Blumberg No. 5113

E-FILED  2026 JAN 15 3:15 PM CLINTON - CLERK OF DISTRICT COURT

| INVOLVED PARTY | | | |
|---|---|---|---|
| Name and Address:<br>**GREAT REVIVALIST REAL ESTATE H<br>4215 44TH ST<br>ROCK ISLAND, IL 61201-7132** | Phone: **206-612-7300** | Work Phone: | Ext: |
| | Email:<br>**richardsddp@gmail.com** | | |

Comments:

**Insured**

| INVOLVED PARTY | | | |
|---|---|---|---|
| Name and Address:<br>**Curtis Beason** | Phone: **563-570-1515** | Work Phone: | Ext: |
| | Email:<br>**curtbeason@outlook.com** | | |

Comments:

**Other; Related to: GREAT REVIVALIST REAL ESTATE HOLDIN; Relationship: Insured's Attorney**

| INVOLVED PARTY | | | |
|---|---|---|---|
| Name and Address:<br>**JC Younger Company, Inc., Sand** | Phone: | Work Phone: **612-250-5397** | Ext: |
| | Email:<br>**sandy@jcyounger.com** | | |

Comments:

**Third-party claimant**

| INVOLVED PARTY | | | |
|---|---|---|---|
| Name and Address:<br>**Benjamin J Hamborg-attorney<br>225 S 6th St, Ste 1600<br>Minneapolis, MN 55402** | Phone: | Work Phone: **612-252-2842** | Ext: |
| | Email:<br>**bhamborg@hensonefron.com** | | |

Comments:

**Third-party claimant**

| OTHER INSURANCE INFORMATION | |
|---|---|
| Company Name: | Policy Number: |

Remarks:

**Please reach out to insured's attorney Curtis Beason for claim info. JC Younger has also engaged legal counsel, Benjamin Hamborg.**

| Reported By: **Richard Schwab-owner** | Reported To: **Christy Lagrone** |
|---|---|

Submission Date and Time: **06/14/2023 10:46AM**

98171 (09-16)                                                                              Page 2    of 2